UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:13-cv-2349 TLN DAD PS |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL A. SCHWARTZ, and STEPHANIE SCHWARTZ, | |
| Defendants. | |

On February 25, 2014, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) because all defendants were proceeding pro se at that time. (Dkt. No. 6.) On July 8, 2014, however, John T. Hill, Esq. filed a notice of appearance in this action as counsel of record on behalf of the defendants. (Dkt. No. 12.)

Because the defendants are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:13-cv-2349 TLN DAD with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated:  July 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\johnson2349.referback.docx